1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICARDO RODRIGUEZ, JR., | ) Case No. SACV 16-00674-JVS (DTB) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted and the Complaint is dismissed with leave to amend. If plaintiff still desires to pursue this action, he is hereby ORDERED to file a First Amended Complaint within thirty (30) days of the date of this Order. If plaintiff chooses to file a First Amended

Complaint, it should bear the docket number assigned in this case; be labeled "First Amended Complaint"; and be complete in and of itself without reference to the Complaint, or any other pleading, attachment, or document.

Dated: March 29, 2017

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE