UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No.  8:16-cv-00674-JVS (SHK)　　　　　Date:  December 4, 2019

Title:  *Ricardo Rodriguez v. County of Los Angeles, et al.*

---

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

|  D. Castellanos  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter  |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

　　On September 25, 2019, the Court denied Defendant's motion to dismiss claims one through three of Plaintiff's Second Amended Complaint ("SAC") but granted Defendant's motion to dismiss claims four and five, with leave to amend.  Consequently, if Plaintiff wanted to proceed with the claims four and five in the SAC, he was given the opportunity to amend his pleading and file a Third Amended Complaint ("TAC") on before October 10, 2019.  ECF No. 64, 66.  To date, Plaintiff has not filed a TAC within the allotted time, nor has he requested an extension of time within which to do so.

　　Accordingly, on or before **December 18, 2019** Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue the claims set forth in claims four and five of his Second Amended Complaint; (b) if Plaintiff does desire to pursue the claims set forth in claims four and five, show good cause in writing, if any exists, why Plaintiff has not timely filed with the Court his TAC; or (c) file a TAC amending the allegations related to claims four and five in the SAC.  If Plaintiff does not advise the Court of his position regarding claims four and five in the SAC, the matter will proceed as to claims one through three in the SAC.

　　**IT IS SO ORDERED.**